No. 10–7341. HORN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–7382. ROMAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–7396. BURKE *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA. C. A. 3d Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 09–9515. PITRE *v.* CAIN ET AL., *ante,* p. 992;

No. 09–10814. GOODEN *v.* IOWA, *ante,* p. 853;

No. 09–10886. ROONEY *v.* GEORGIA, *ante,* p. 854;

No. 09–11074. LARUE *v.* DENSO MANUFACTURING ARKANSAS, INC., *ante,* p. 861;

No. 09–11076. BANKS *v.* FLORIDA, *ante,* p. 861;

No. 09–11325. EARHART *v.* KONTEH, WARDEN, *ante,* p. 874;

No. 09–11355. PENDLETON *v.* UNITED STATES MEDICAL CENTER, SPRINGFIELD, MISSOURI, ET AL., *ante,* p. 875;

No. 09–11473. RICHARDSON *v.* MCHUGH, SECRETARY OF THE ARMY, *ante,* p. 882;

No. 10–183. SAMSON *v.* MANLEY ET AL., *ante,* p. 962;

No. 10–295. VEASAW *v.* UNITED STATES ET AL., *ante,* p. 964;

No. 10–5121. CAMPOS *v.* CONWAY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY, *ante,* p. 905;

No. 10–5151. BITTAN *v.* HAWAII DEPARTMENT OF HUMAN SERVICES, *ante,* p. 906;

No. 10–5200. HOGAN *v.* FLORIDA, *ante,* p. 909;

No. 10–5212. JONES *v.* BURNS, *ante,* p. 909;

No. 10–5273. CLARK *v.* ASTRUE, COMMISSIONER OF SOCIAL SECURITY, *ante,* p. 912;

No. 10–5326. MOORE *v.* UNITED STATES, *ante,* p. 915;

No. 10–5505. BROWN *v.* CITY OF NORTH CHICAGO, ILLINOIS, ET AL., *ante,* p. 926;

No. 10–5528. SOENTGEN *v.* PENNSYLVANIA, *ante,* p. 927;

No. 10–5682. ELAM *v.* TEXAS, *ante,* p. 965;